No. 87–548.   TRANS WORLD AIRLINES, INC. v. INDEPENDENT FEDERATION OF FLIGHT ATTENDANTS.   C. A. 8th Cir.   [Certiorari granted, 485 U. S. 958.]   Motions of Chamber of Commerce of the United States of America, Airline Industrial Relations Con-

ference, and Crossover Flight Attendants for leave to file briefs as *amici curiae* granted.